Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▾

_____ Division

**25 CV 10842**

Henry Cox

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Tag on papers

Jury Trial: *(check one)* ☑Yes ☐No

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*



RECEIVED
JAN -2 2026
PRO SE OFFICE

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        Henry Cox
Street Address    135 State street Auburn Correctional
City and County    Auburn, New York
State and Zip Code    New york 13024
Telephone Number    —
E-mail Address    —

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

civil rights comp-laint 7. f.supp 3d 338, united state district c

henry cox
plantiff


v

the united state of america
the U PROGRAM
RAPPER FORMALLY KNOWN AS
NAS
Jay z shawn carter
THE COUNTERINTEL DEPARTMENTS
FBI CIA JOHN DOE OR NO I.D.
US ATTORNEY GENERAL OFFICE
WASHINGTON D.C.
NEW YORKSTATE
DOCCS DEPARTMENTS
CLINTONCO CORRECTIONAL FACILITY
SING SING CORRECTIONAL FACILITY
EASTERN HCORRECTIONAL FACILITY
AUBURN CORRECTIONAL FACILITY
COXSACKIE CORRECTIONAL FACILITY
UPSTATE CORRECTIONAL FACILITY
OSI
MONROE COUNTY COURTS
JUDGE FRANCIS A AFFRONTI
DA RIZZO
LAWYER JAMES NOBLE
SECURUS TECHNOLOGIES
DEPARTMENT OF JUBTICE
CENTERL INTELLIGENCE AGENCY
DEPARTMENT OF DEFENSE
COMPONETS DEPARTMENT DEPARTMENT OF ARMY
DEPARTMENT OF NAVY
DEPARTMENT OF AIR FORCE
DEPARTMENT OF STATE
DEFENSE INTELLIGENCE AGENCY
DEPARTMENT OF HOMELAND SECURITY
DEPARTMENT OF JUSTICE COMPONENTS CIVIL RIGHTS DIVISON
CRIMINAL DIVION
OFFICE OF INFORMATION AND PRIVACY
OFFICE OF INTELLIGENCE
POLICY AND REVIEW
FEDERAL BUREAN OF INVESTIGATIONS
DEFENDENTS

ON THE ABOVE DATE AND TIME DEC.8* 2025 the plantiff moves for su
mmons in civil action and complaintfor for civil action. and moi
ve for the court to FOIA USAA 552 b
FOIA RECORD FROM THE U PROGRAM AS
AS IT PERTAIN TO PLANTIFF HENRY COXA
to

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name    FOIA Request

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name    FOIA Request

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name    FOIA Request

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4    FOIA Request

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal statutes, Federal treaties and "provisions" of united 'states constitution that are at issue in this case is Law and constitution in whole in Federal treaties and provisions.

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)  Henry Cox

    a.     If the plaintiff is an individual
        The plaintiff, *(name)* Henry Cox , is a citizen of the State of *(name)* New York (UN) treaties) united states of america and abroad

    b.     If the plaintiff is a corporation
        The plaintiff, *(name)* Henry Cox , is incorporated under the laws of the State of *(name)* U.S.A as title of: UN By united nations) law treaties) and has its principal place of business in the State of *(name)* U.S.A and united nations by law and treaties

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual
        The defendant, *(name)* (result) the State of *(name)* U.S.A & united nations , is a citizen of *(foreign nation)* By Law . Or is a citizen of

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* i n - s u i t , is incorporated under
the laws of the State of *(name)* U.S.A and unified nations
by law & treaties , and has its
principal place of business in the State of *(name)* U . S . A

Or is incorporated under the laws of *(foreign nation)* united nations as.
law & treaties
and has its principal place of business in *(name)* in Law united nations
as law & treaties and U.S.A

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The timeline of abuse of citizenship
and person under constitution and use
of patent and Law foreign and state.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Attached claim and misuse of plaintiff patent
and Law provisions, Land rights to person,
and currency, torture, assassination attempt on
Live and stalking and rape, and people stealing
my ideas and words

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

what court may deem fit after factual findings
the plaintiff leaves amount to the hand of
the courts.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  Dec. 8, 2025

Signature of Plaintiff  *Henry Cox*

Printed Name of Plaintiff  *Henry James Cox*

### B.    For Attorneys

Pro se But seek council plantiff is still being effected by the misuse by government and state and united nations by law & treatves.

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Complaint

on face Sorry about hand writing. I am still being hindered and can't get things done the way I wish. I know the way things look are just as helpful and important as your review of cause. can you please contact defendants and give them a heads up and review to make sure all is well. I can barely think let alone make sure this is o.k. on paper for your office. I am praying all is well. have interactive Computer programming on my eyes and its effecting all movement and action you feel if one is linked to it. what you see, hear. Sorry again I am being tortured on this stuff and suffered 32 years and put in prison falsly. This goverment have way to these funding and could have got my life a long time ago being they use the patten to creat law and make programs but disregard my state as they do my property & wills. hopefully this can give you some insight into who I am and Someone takes into account what is happening. I cant feel my penis, anus, hands, feet, and feel and see many other parts on my body in help and hurt But they know where the protent at. I feel scans of rape and likes of my body being shocked and hart popped and shut off. need review ASAP and again Sorry for the disply and handwriting.

Civil rights                                        United states District court,
                                                         S.D. New York

Henry Cox,
    Plaintiff

                    v.

The united states of america
U Program,
Rapper Formally Known as
"NAS",
"JAY Z"
The counter intel department
known as "John Doe" "CIA" "FBI" Departments
US. Attorney General office
In "washington"
    "New york state"
Docos Department; "Clinton", Sing Sing, "eastern"
"Auburn Correctional","Coxsackie,"upstate;
"superintendent "clin"
    "OSI"
Monroe County Courts.
Judge Francis A. Affronti
D.A. Rizzo
Lawyer James noble    (FOIA > 5 USCA § 552 (b)

secs fames ilefgis
Department of Justice
central intelligence Agency
Department of Defense
Components Department of Army
Department of navy, Department
of Air force, Department of
state, Defense intelligence
Agency, Department of home
land security. Department of
Justice Components civil rights
division, criminal Division, office
of information and privacy,
Office of intelligence, policy
And Review, Federal Bureau
of investigation
united nations by laws Defendants
and treaties,

, Befor this Court is a Summer judgement brought by plaintiff
Henry Jamar Cox under civil rights complaints under new york
state human rights Law § 8-107.1. victims of Domestic violence,
sex offenses and stalking Title 8. civil Rights chapter 1. Commission
on human rights "Acts of threats of violence", shares as a child
in common by act of stalking and goverment programming (exempt from disclosure by national security Act)
equiptment used for investigations and counter-intel (Executive order)
That gives false positive readings. invading one personal space (Executive order 11.2158)
and violation of ones character with false storylines use in
The U program and equiptment used for investigations violating
Constitutional law where the constitutional rights of one are not
sacrificed in interests of constitutional rights of another us.cA
const. Amend 1. in response of the U program and counter intel
departments te FBI or CIA in response to the use of goverment
equiptment used for informants to watch they life which they
can change events in your life can not be used on citizens
in the united states illegally to put false storylines on some
one or in a program to tear down someone character because
one knows what they doing or is a advocat for change

They shall not be subjected to false imprisonment or set up by the government for practicing free speech which one is intitled to under the same provisions or protecting one self. The plaintiff seeks freos in response from all the above offices untill all is handled and investigated and civil right Complaint is handled. For them usen this government equitment To take energy off my body in a sex act to get sperm From it to inject it into women protecting gay people who worked with the above in the U program and john Doe departments so they name and face wouldent show. Plaintiff was never told of any of it and was tortured since a child with these acts and all this is recorded with the same equitment that was used in the government for counter-intel in the U program and John Doe department. where they used this program to steal money from the government usen this program as a front. All this is being recorded video and this was part of the reason plaintiff was targeted as well and false storylines put out with this same information. equitment that can give false positives when it suit The one usen it to steal or misuse government information like my case and Businesses and seeing signs "holy grail" finding out what the goverment did in response to knowing these things and never doing anything about it and plaintiff catching this where the goverment used his brain and ideas to form programs and at home after They defiled it with their equitment to make him "Look" like (with vider that gives false reading and used to change event with informants) I am not myself or I have a something or gay. They call it the "holy grail" and have been stealing from me for a long time. The equitment can be checked and vider can extracted from the equitment and not removed. All the above defendants know of this and was contacted and never responded. I no Longer can feel my body parts or see

them due to used again
inside this program to stalk and live on plaintiff life
and steal and this to is recorded and illegal.
Violating contitutional laws. False information was
planted on my case files and interfer with goverment
documents usen wifi and servers. They also used
"John Does" in they files to move false information
and statements on my person. this to is recorded on
The same goverment equitment used in they goverment
programs for informants and the U program which
was used to steal my life and make me a defilment.
I was never contacted and reported to all the above
defendants in this civil Right complant. uswch is
taged with a false imprisonment which they need
goverment equitment to make it look like I was involved
in they program or gave them permission to use
my name or ideas or was related to any of the
above mentioned. this to is record and can be
recovered. one of the above rappers have my life
on the front of a albium cover which you see the
u program and the goverment departments misusing
my life and setting me up to look like a defilment
and how many ways they flip the story with the
same goverment equitment they use for counter-intel
and how they used everybody involved for usen my
files to began. They defile me and live on my
life with video, scans, audio, camras and other
people around me they place there as John Doe's
in they files so they cant act. They could put
them on a controller and use them as a get out
of jail free card as long as you disregaurd the
one they cant control The plantiff Henry Cox.

which is why they use all the equitment to make it look like they telling the truth but if I make it to you and you find out the diffrence between a eye and john Doe s then we would be able to handle such events to give plantiff what he is intitled to.

plantiff can prove what a joy stick or cantroller is outside of rapper who put plantiff life on a album cover to show how many ways they flipped his life usen fake vides and camra action. If there was a eye invowed outside of this they would have been interfered with this. There is alot of murders and false imprisonment invowed in this caver up and violation of constitutional rights. This is all recorded in equitment inside goverment hands and un floor. This is my last step as you see every where plantiff has addressed these matter putting america first to address these matters and and do something about this violation. Another rapper who admitted to being an informant and working with the goverment to steal my music and life. All this information is all there for recieving & reviewing. The goverment do this to help informants! If these informants are usen this information to steal from the goverment and set citizens up with false cases and play with news stations and people personal space with interactive compute programming and this is recorded in the goverment hand and can be addressed and investigated and nothing was done about it after. and property and wrt's and rights to patlens was also taken

after they used such a program of their own Doe department to train on taking something from plantiff and claim the exposure of informants as they should when rappers in this civil rights complaint exposed theum self as informants and how good tuy was gona make it look and it was over or over the plantiff Henry cox. states. plantiff ask to recover the equiment called John Doe machine they use for informants to change events in they life and the eye machine they have they hold files on Both machines. This is not just a matter of plantiff safty and life But goverment as Thee United States of america. Also in this civil right complaint is copy right infringer violating Fed Rules civ Proc. Rules 14(a), 28 U.S.C.A on top of the the above it recorded on the same machines inside there John Doe department and they cant remove The files. Television rights in programming, patterns to eye machine that can heal one through eye, ear, mouth, or touch; only one person has right to this and they use interactive computer programming to hide who it was and "Rewrite history without a (hero) "pen" (henry cox) no I.D. on the track let the story began: no I.D. Being John Doe department and U program the goverment used to switch plantiff "track" which is his eye to make him look like a defilement so they could use his real track and files without his permission and again this is recorded inside your departments. Fashion

Complain for statement of facts

plaintiff was born 10/3/88 in Rochester strong according to ya'll Files with a Questionable ss# that is to be a part of this complant. The plaintiff was included in a program called the U and inside the John Doe department without due process and without his permission. If not for the Joy stick part of the program which is one of the many ways a John Doe is identified people would still believe the plantiff was suppose to be in that department which under those guidelines they still notify you of your John Doe status outside one who lose they eye in the process of life you must wait and then notify them. Once the plantiff knew of this and what those departments intended on doing with his files with no resist The plantiff responded with this civil Right Complant. The plantiff started to pass out and seem to see things and feel like his nose and ears was bothering him. Alot of doctor visit and more things happening around him. In his house he kept seeing signs and things befor they happen that had things to do with people dren. It happen way to much and the plaintiff seen and had the ability to see The department you call the CIA and FBF John Doe department. Things that felt like It belonged to the plaintiff was on full disply. They started To put the plaintiff in youth Detention centers under the coat of PINS (person in need of supervision) "or the hen they handling" These places had contracts with the government that

was and still is (_____) Some type of the department
and U program which the John Doe department
act within. The idea of the rehabilitation
format was taken from plantiff fires where
othere people take credit and put the united stats
in debt 10 times over. The plantiff seem to
be out of place. did good so much they wondered
why he was even there. (according to your files)
when even this happen the things from early
on in his life where they flash video and
images in his eyes would happen and it would
seem like he was on the down side after.
These same trick would later set him up
to be put in jail for murder and robbery.
he never did nothing and the goverment has
this machine that we know of because of
the pen eye or john Doe that Let you know
something aint right. So if they can use
That on Bin laden in the middle east we
should be in a better space with these siteqtios
when the Box was telling you something was
wrong and Cox the plantiff did notaing
wrong at all. Berkshar farms, Baker victory services,
MCH, North haven, Love joy are all arms of the
John Doe departmeent that had Some thing to
do with stealing something from sombody
That was being misused by both departments
FBI, CIA, John Doe and U program. around
this tyme plantiff contenued to feel like
people following him kept hitting his screen

and playing with his eyes everything's they did looked as if they wanted the people follow to think he was a defilement or john one The plaintiff stayed focus even as he round the corner of 19 years of age and was arrested for murder and robbery. They put the screen The news and made it seem as if the plaintiff did the worst you could ever think, killed an important staple in the community. What they didn't know is he saw it befor hand and the U program and john Doe department was on Live with a joy stick "Controller and never made one move to stop the lie from taken place or him being falsely Imprisoned The plantiff didnt think he kept moving forward they did nothing for the things that happen in the pass he was on his own with the only thing pushing his is The ones with no voice to speak about what happen to them or power to change it, and most the time the hand helping was the hand trapping. The plantiff caught The set up in the arrest like he did many times Befor when they stated they was gona make the plantiff a "rat! "The plantiff never moved he, just stayed seated and the Judge, Court appointed lawyer who knew the investigator and people working in monroe County jail who was in a secrete society It seemed doing hand gestures and leg

Movement judge and court appointe Lawyer knew along with the DA. They was acting like they had a pen and shot images around the court room to make people leave as if he was a defilement or ratfang which he never did on like the whole time. Now the U program, the John Doe department and county grandmas a Judge, a DA, a Lawyer, and Foreman, all have knowledge that the plantiff was set up and being follow with a false narative and false video and controller for 19 years now and could have stopped it all and never reported or did anyfing about it. once the plantiff recieves 25 years and called names and violated it seemed like the Judge was involved with the set up and other people in that secret department knew and aposed. This Judge was a rasist who knew who henny was when the lawyer who all apout of they family told him The plantiff was the cup or holy grail which they all stole from to began with. They contenued to follow plantiff usen interactue computer programming and putting images and video on screen that made people leave spreading lies on plantiff like so no one report it. 18 years late A trump

later I heard the navy used jackets and sgt., Lt., superintendente, osI, and then the navy and images of the army and Air force allowed with an assassination attempt on live with the same equipment they used in the U program and John Doe department to see whats happening and never moved again and althoug I believed I saw them in the pass they showed they face big time. The Black hood I seen in Coxsackie would be the Same one in pictures in guantanamo bay where muslims was tortured and set up with interactive Computer programming to return them to they home as informants) without known after they made it seem on Camra and video like they was working with them and the goverment turned they head and that action made plantiff feel at home with those who was mistreated and violated. nobody did nothing for him for 33 years and it was gona get worst after the assassination attempt, president trump spoke about James Come saying 86 47 shells in the sand To burn the files and Lay down the shells a race against father time and trump said it's an assassination attempt, and trump was almost killed by it like plantiff who is name is Henry Cox another name for chicken a rooster that popout shells. They was trying to kill plantiff and cover up they mess. They was gona have a bugs

problem the plantiff Testimony (or a user? time line being recorded in files you can review because nothing can be removed from a eye. during this time Sun. Dec. 7 2025 the plantiff was still being tortured by the government who identified themself as CIA on Live equitment the goverment have access stating they was gona get caught They moved files off plantiff bed and life to make it look a reserve was him why the other reserves was partyghy with the government they claimed to have Caught up untill this point the plantiff was tortured with interactive programming Extreme 5 years and reported to Docc's Departments including OSI who worked with the goverment to make it look like plantiff was with there office after plantiff and his mother recorded there office and plantiff called back after being removel to a courd gallery for no reason when he could have been in cell which is closed- in with a rec open door and after plantiff mother car was broken into look for the phone to plant false information on plantiff after this plantiff could no long get acciss to his mother phone after the FBI identified themselfs as the one who did it. After that the FBI who was being watch allowed a few calls which of seemed at that point

to his mother but saw a visit where it seemed she was on interactive computer programming to make it look like she was on Drugs and a later visit where people was watching reached under table to get a lady visiter scans when they found out C.O.'s was involved in trying to set up Cox the plantiff to look like he was getting drugs off the visit usen interactive computer programming from the scans we knew she had nothing But a child and then was set up to look like she was setting plantiff up with drugs to get her baby father out of Jail. This was a follow up from being there when plantiff was almost assassinated on his way to Coxsackie and In cell where we found how they play with the Camera and things around him and people ie like he splashed water on someone which he never did because people was right there watching. back to Cox plantiff mother where Cox the plantiff went to his other family member and reported these events to them and her Car was broken into and the phone was taken and her baby bag to threaten her or him not to say nothing or her

will be traced laed with government equitment and can be traced as Cox begged whoever watching to stay because they was trying to set him hup to look like he was getting Drugs or selling them and playing with video to make him look like a gay person or a rat. plantiff kept his eyes in the camira averywhere begging for someone to get his life. on top of contacting Doces department, U.S. Attorney General, New york state us attorney General, washington DA office, Gov. office, Attorney General office of new york state, plantiff Cox then drew up this court lawsuit and complaint to respond to there actions. (See video on Coxsackie gallery and visit in Sing sing which Cox the plantiff contacted The Washington DA, AG office in new york state and U.S. AG office; Gov. office Doccs department(s). After the above in Auburn It seemed the government was usen Cox vorce and music to make a program with his idea and stealing his fashion ideas without his permission. during time plantiff faund on air why they was trying to make him a defreement... they was stealing his ideas and thought process and patteng without his permission on air with

government and cant be removed. This is traced back to they relationships with the goverment John Doe where they back doored his ideas and used them without his permission and then placed them with they files on plantiff to make it look like he let them or they had a card to fake it. All this again is recorded on goverment equipment they have access to and cant be removed. These ideas and patents would lead to a threat to bomb plantiff henny gamar Cox cell. A technology pattent about a Board. Securus technologies would be at the center of it. Where you turn on the screen and see a eye and had a goverment contract tied to the John Doe department and other things like the twin towers. This battery has ties to goverment investigations on building weapons of mass destruction after it was reported that it was lithium mining. on The security floor closed door meeting (Because they had my eye back there useen it like they the eye I heard everything and this to can be recovered from goverment equitment in ya'll hands and control) that lithium mining was Deadly

and didn't even know if the John Doe department
had ties to the mining. They was telling
The weapons was lithium mining. It can
be used to make a Boom called napalm
(naphthalene + palmitate, salt of fatty acid) no one
lisened untill you break down the tablet and
see what they did to program it to blow
up in henry jamar Cox cell. The lithium
was used to Build the bomb.(lithium a light
silver-white metallic chemical element)
manufactored in Huizhou. The Bamb was tied
to the sasarus tablet (see designs of tablet
in exibit A-1) The battery had other componuts that
was not listed and looked like a napalm boom
But that was not enough I seen a tablet
open and looked for the napalm and seen how
It was stored in the battery as the battery in
order to use it later and thus to was inspected
by the goverment after a goverment contract
and knew the dangours from prior conversation
around lithium mining being tied to making
Bombs. Again this is on line with the continues
threat to Bomb henny Jamar Cox with this
tablet with a contract one of the John Does
said they was paid to kill him and was
trying to figure out how to get away with all
doing it and all this recorded on air
and people catching this with a pen and
equipment used by the goverment to Combat
this type of stuff from happening. The equipment
tied to a eye if someone think about a Bomb for

fake or not the equipment would be notified and know The equipment work. The CIA and FBI use in our missions iLegally in the John Doe department and you can see when someone after you or on point it's calle an eye. If you the one doing Something wrong it will show. that why they remove your ear or your nose or mouth so you dont know whats happening. They use interactive computer programming and controllers to hit the Box or Chop off doors put the Front to the back and put the back forward and the information come out backwards But when you look at the front of the Box you see a problem and at the Back. you will know the equitement was switched To play with the information to cover up stealing. with the equitement being checked in all departments you will see a difference in the way the machines are and know people been wen about this situation. to long for anyone to claim to be a eye. we shouldnt be in this situation. To The patent we will start with the eye

(exibit A-2)

Part III

The history go back to what you see on the back of a dollar bill or what we call now adays The saint accessing system. That scan your eyes and collect information for 72 hours. I could scan your face to I.D. you so why your eyes? The eye scan is traced back to the John Doe department and the U program and why a rapper on a album cover with my life on it! It could see your whole life and they can also change the video with the John Doe department to change The John Doe agreement with the government in just incense he has to go to court! and events that hurtful to the John Doe informant. If they don't like you it's gona be a hard day where ever your eye's get scaned. They will make people think you gay and a rat or tricking the world when 37 years of this should have been a red flag. They can torture you for 5 years and everyone involved would think 10,000 other things going outside torture where the government on screen and people trying to work off case loads for the government to make it look like I am not able to move around people or a rat and a faget and forget why you were ever there. This technology have access to every eye under

a eye or have the ability to have a eye even if blind. The government lost right to This eye after their department couldn't protect everyone with it. The eye tell you who you are soon as you scan. A lier, a scam artist, A scumbag and was put in the john Doe department because no one in this country would lissen about the use of the eye or misuse. This eye could tell you when something Bad was gona happen and no one did nothing. The only hand they had was henry jamar cox The plantiff and the plantiff was the owner of such patent as right and this defilement was in place to steal cox life and then with gaverment equitment to make it look like he soft or not able to do it do to some defect They used interactve computer programming which is a arm of the john Doe machine the Tay piece is it's connection. and also has connection to crossing the one who has this patent as right. To make orders in real time and no one would know nothing Because the eye behind the john Doe machine and interactve computer programming ic virtual reality. It look real and feel real But fake. Thats what they did to plantiff for 37 years. If not for his "eye" which acts on it's on account in patus that protect one he would be dead.

The matter along should get this case and complaint reviewed. They used patterns that would make it look like he was normal and take his files to the John Doe department and U program to make it look like it's them. It wasn't untill the last 5 years they made a hard line on the many other story lines attoched to the plantiff. He a faget or gay all his life, or working with the government his whole life and a rat, or stupid and need help cus his disability or all of them together, all these scripts are not just in one of these rappers eye's who knew the music was the plantiff but the John Doe department and U program as well. It was fake and they use movement where ever he walked and followed him stalking in counter-intel and hit his screen or made video on the side following plantiff to put a Bad spin on his life with equitment that make you believe what it is they telling you and showing you. This activity can trace back to to plantiff as a Kid when He was put down with interactive computer programming on a attempt on his life and The U program watch like they was there for what? and John Doe department they was following the plantiff around with illegally. This was used to call him a person

in need of supervised planning ya'll
bundling. Which was stupid Because every
time they tried to stop me or violated
they gave the card to kill they self.
The eye they had they attached to a john
Doe department ya'll forgot was all john
Does as if ya'll trusted because none of
ya'll was a eye. ya'll put everyone in
a bad spot in the john Doe department
and U program would be this country
down fall and reason if back tracked and
stood in the way of cox the plantiff.
Copy right infringer violating Fed Rules cdv Proc.
rules 14(a), 28 U.S.CA Taged with securus technologies
who used my Board to build a tablet.
(The constitution on technological progress similarly
for patent laws which protect devices and processes
not the information about them.) So This country
had rights to Know about it But not build
The devices and use the processes and Knew
and continued to do business with companies
That was usen the technology patent devices
and processes. The history of this stepping out
into uncharted electronic seas the Goverment had
a brush with and Knew it belonged to henry James
cox and never took it back to him. That Board
is a Leg to that eye. You need a eye to see
video and make a Board. It could be to
turn on a light. This is in goverment record
in machines in the john doe department and
U program where they have records to prove
If they had the rights to those patents

The number is so they have it. You can see if it belong to someone or not. So when they said un chartered they was lien Because every human alive have a Board. There is no free space board. That Board belong to Henry Jamar Cox The plantiff. The government was using the a program * items was using* without his permission. This eye patten was eye patten. This information was right there for review and no one said nothing. This eye patten was behind creating The dollar. The printing machine and currency everywhere and the john Doe department and a program would be the ave. they use. This would *also* became a practice that the government used to continue to take what was owed to the plantiff. This the plantiff last stop befor the un floor who has the same equipment this government had for the same allowed time. If something isn't right and can be recovered to get the plantiff what it is he's owed. The next thing is the john Doe machine. behind or on top of the John Doe machine is henry Jamar Cox patten. You need a eye to Build a John Doe machine. It was Kinda Crossed up Because you can change video to suit john Doe informants so The information dont leave outside they handler hand. But its also used to take down the character and make you "look" Like everything But a good man and can even put you in prison for it? again they so sleep ~~then~~ they use

the plantiff eye put information in the machine and then put the information in the machine. The machine itself was the eye. Thats how the machine knew the video was fake. They as the government kept looking for the eye killing they self trying to find it and the machine itself is what caught everyone. The patten from the plantiff was built to help rehabilitate John Does to get they eye back and heal John Does and they used it to deface plantiff and destroy his life in video and scans and audio which is also inside the patten and can be traced back to companies that was created from the U program and John Doe department which bring me to my next argument. The way the John Doe department gave information on line and secert to go on missions they used in the U program to take information about Mr. Cox patten to people to steal and use without knowing it belonged to Cox the plantiff. The U program was on line the whole time and proved that family members knew and government and still stole Cox's ideas which is ilegal. after it shows everyone involved knew they was stealing and still did so. The John Doe machine was used in componets as interactive computer programming which

has a eye to the purpose the plantiff was holder of John Doe machine and the eye. It would be used to make it look like plantiff had a hard time in school, like he slept alot, like he had a hard time hearing, was tortured with doctor visits and left to live or many jtimes. he was then set up to be put in prison to make it look like he was part of the game and never was. The game was set up by the goverment to make them lose they eye so they only have the goverment to rely on and be slaves when the goverment act as gaurdrans to the people. This involved many murders and set ups to be put in prison onder the title of informant John Does. They would use they files to prove They was involved in the actions and had full knowledge of they actions. It was in place to defile plantiff eye patten to make him look like he was a defilement and all along his eye was behind the machine (on top of the machine in Rochester and by the hudson river and the middle east. This will prove the plantiff wasn't suppose to be in prison and his -Patent was being infringed upon and the goverment was for reason and this information was in hand to review. after it was use to hide an assassination attempt and to make it look like

the plaintiff side there program with the U program and john Doe department to make it seem as if they had rights to use it. The plaintiff Bring forth this action to challenge just notion. after scans anside interactive computer programming was used to torture plaintiff over and over for 8 years where you will find what they did to the muslims in guantanamo bay. Shocking the body. manipulation of the penis and anus. playing with my face and hair and hands to give the thought I was dirty and unclean which leads one to believe there was other people watching this Illegal act. and knowing the mass of the U program and john Doe department They had alot of people who knew and Plantiff again left in prison with a Bunch of lies on his name. The interactive computer programming controlling your senses nose, mouth, ear, touch, eyes Changing everything you think you know about plantiff. They also have The Cameras which I notichied Docs of as use and for no avail. you wouldn't know if I went to chow or not and the scans on interactive computer programming ~~that mean 3 thing if the paperwork free~~

~~That mean say Fake if that case. to me~~

~~That mean I aint dad if yal know what I mean~~ Links up to another person the way the government program do and will walkout the cell after scan and you wouldn't know nothing at all if it haened to a such

designed to follow one with interactive
programming like they would in The
making of a Game. Black suit with
motion Balls on it to record movement.
you can stay in the suit on making mode
of interactive programming and scan
the area as a area and people would think
The one with the interactive programming
is on a joy stick or Controller if you
looking through the lens of the interactive
Computer programming. You will feel the
suit and movement and smells and spit
of the the John Doe made the suit on
Game mode or Building of a program.
after this they use the Camras on
the Chest of officers and gallery to
play with images of plantiff By having
access to the system usen the same
ideology as the computer programming
interactive. which is why in Cox Sackie
you couldn't terl if I went in the cell
Left or right. get the video and inspect
it. use the film and take it to Kodak.
or put the film in interactive Computer
programming ie virtual reality. you will
be able to see if the film is right or
wrong which they bragged we got the
Camera on air in a Computer interactive

programming the equipment the government have access to and claimed to have inspected this video and never took it Back to the office to check and this left the plantiff to suffer. This patent is also tied to a pen. This pen was split into two a John doe and eye. In This pen you able to see someone like. if they a John Doe or eye if you think about them or someone want to hurt them it will show up on screen..... how is that henry? The eye Box or smart accessing system or I tent 9-756 That Connect every eye to one system. That System work as notification and conneets you to one another. John Doe machines help informants or people working together to be aweare of one andther with out even Looken they will still be able to use the eye machine to find them or When you Bout a feeling about something it showays on the screen. That Button Connects to every bottom in a eye Box thats why they Conneot it to a John Doe machine for people to feel safe around John Doe your picture will show up on a eye if they are around you on the eye side its just friends and family. of they think about hurting someone that person picture will show up on screen. the person they thinking Bout

if there to face put on to the screen every eye will know and the person that faked it will show up on screen. If alot of people are talking about plaintiff or thinking about him it will show up on screen. .... John Doe or eye! thats why the John Doe screen go to a handler The plantiff Henry Jamar cox has rights to the patent of that pen as well. All this information the goverment knew and had everyone they knew with a pen move around the goverment But they knew it belonged to the plantiff. This eye can go Backwards in the pass of your family tree and it can go foward as we know about the eye count. Thats how we know everyone agreed to have a eye and the person eye if was as right was to go to Henry Jamar cox The plantiff which is how the goverment in the U program knew about Henry Jamar cox in the 60's and 70's which your offices have access to records of names and address for checks giving a check its updated and they will show the its updated and they will show true asking to be true this can be reviewed as they watched The Henry Jamar cox

Set up and stayed tuned or not just know about Cox and what they was say and the pen to show if she was under her own free will or who planted the card and sent the screen that way. and everybody watching should be on That screen. 1/2 of all your families watch and even if they thought they had to Die for me I put them on the screen. plantiff states. The misuse of the joan Doe program and a program used to mass murders here in the united states which this Box should have alarted the gaierment of these action and the other goverment officals sitting in who was looking for the yen and mass rape all to cover up the taken of plantiff patent and wills to property and person. So plantiff states if this eye was being used by the goverment the way it's suppose to be use and a eye on the back of a dollar bill and you come to america if someone steal from a store in america a joy stick would Drop them befor they do it But they will put one on bin laden and bomb people and shoot him with it and they in the middle east. This cause for an alarm - And investogation into the matters

This sign behind the dollar Bill mark the Building of law and state and can be identified to find it's orgin and Founding princables by usen the machine that help build law and state. This identification is still used and aboused in the goverment to this day. It colects information through eye scan as a collecting process with all citizens or persons alive baaving ties to this Box/and or machine that has this information already stored. The plantiff is the eye that mark These Founding princables and law. The plantiff also mark the creation of currency as right, and Taxes & property. The plantiff created the will. This is easty traced by the scan of a eye and this machine will prove rights of ownership. over years people messed with this machine to try to flip the will or change right of owncoship and this lead to lawlessness and misuse of This patent. Things that shouldn't be taken place as right under any goverment the eye protects. The problems that lead down this path stem from right as person, But this patent gives free will and right as person. If one choose to do wrong Then this eye gives notice and response. The goverment that practice under this color of law has to respond. when this process was adopted the right people was suppouse to be seated by reviewing files for hire. This process shouldn't have been done in the dark with a eye for use This machine had a vote way befor the building of america. It count every bloodline and even child you have and don't have. It account for life.

with government acting as guarding. they oversee The will. the misuse of this will returns it to its person for review. At this point The states of America are under that need for review, payments to the will has been fake or short. Land to the will has been misused and property damage, and as we speak the holder of the will the plantiff is being held under false Imprisonment and gave the system 34 years to work for plantiff to have review and oversight. Now this civil complant is his oversight after being tortured for 34 years with the same patent used to build this government and state The plantiff own eye. The machines This government home was to help build by The ones who have no eye But are john Doe's. not to be misused to defund the government and put us in debt. The john Does are on live thinking They not john Does and are involved with government building or activity and usen information they don't have rights to and stealing people identity why they dead or in prison falsely. They all wired for sound and camra show so you don't Know who they is and act in this government on file and set up people so you think they on file. plantiff suit is Based on this notion. The need for this review is needed. The world is at displacement. if we don't move it's only a matter of time andther mass shooting in school, mall, or streets. The plantiff seek his right to will and right to person. The plantiff seek investigation of all above defendants as informants and government officals.

The mischiest of this case the eye allowed departments within to try to hide my identity and play with my birthday and ss# in an attempt to take hold of the will. review of those document in goverment records will show the misuse and attempts on plantiff life on video and audio and records in all goverment departments. The hiden of plantiff Body parts and finger prints and figure was used by mishsen the plantiff eye, and patent through the interactive computer programming and John Doe machine the plantiff eye patent is behind building. They cross the machine up in attempt to make it look like it's someone else patent and use the process to rewrite plantiff like through video and then in mass defilement degrade plantiff with the John Doe department and U program. defamation giving way to this Law suit as well. defamation of charater Be aware of the use of inter active Computer programming when sending investigators to review or gather information that ties to this case. The inter active Computer programming was use to try to Block the machine in case my eye's are to be put to the machine when The files are already in the machine and The problums we face with wills, property, and patent would already be settled keep this on face.

V. _State of will_   8 - 2025

There has been many spaces the goverment took hold to that are under value and disregaurded just as plantiff and belong to plantiff as right of will. The goverment claimed rights as to and This property has been disregaurded and space violated with projects by the goverment misusen plantiff will and ideas to steal from they self in goverment with the patent and eye as Lead way. did not add up untill we see who heads these departments... John Does.
I dont see one eye in way of these actions and disregaurd of property; to self or state. The estate has not been kept even soundly. It's poor on every level and the people involved with the housing are all subjects of the department that misuse the will and property. alot of violations by code and conduct on goverment level when in God we trust. The eye was suppose to protect and lead us with Goverment as over seeing all laws and Code and conduct. The plantiff is the holder of such will and can eady be found By scanning his eye which they tried to cross up with The john Doe machine Because his eye behind The john Doe machine and interactive compton programming to try to trick the machine if plantiff put his eye in there and they don't even know the files are still in the machine and cant be removed. All the remote tricks is why they take the machine and leave and check it Because everyone seatting has

hands in doing the inspection of these things never truly seek answers. So plaintiff seek suit to have everything done in front of judge with a copy going to the un Floor. plaintiff seeks to recover all he's owed and property returned and the files searched for every will burned and machines returned so we can check how many people moved pieces around on the machine and crossed up the machines for reasons of stealing and power and control. The people trust the eye this I know because of the eye count. This eye account for every bloodline that ever exsisted pass and Future. This eye should have been the best thing we ever saw, But people keep stealing trying to act as if they can turn the will. The will belong to plantiff.

Henry Jamar Cox.

Air Time Network
VI

plantiff was also disregaurded when they stated
programming stations. This was taken out of
context: and misused the plantiff patent
and didn't to anything when it came to
The actions that lead to programming or have
rights to use the plantiff Board land or patent.
This disregaurd can be traced back to the
goverment misuse of plantiff patent and
person. The plan was to make the plantiff
look defaced and change his like on video
which they call rewritting history without
a (pen or hen or eye) no I.D. on the track
vet the story began and They watched on
The Dark and held watch party to defile
plantiff and worked with the goverment
i'e FBI, CIA as informants to stop plantiff
from getting his will and person. They say
"you only live once". They use share file
window to stop the window they will block
The files Befor they get to the window
and if you know share filos windows like
I know share files windows this process
should be safe and not hacked or hacker
rights. everybody got they own board.
They just want plantiffs. The network
designs came from plantiff. The network
is his eye. All I need is the board / CBS

John Doe a program,
male rights GAY rights & Black Rights

VII

in violation of the
sun.

The plantiff will was violated as was a very
eye that was effected by those who choose
to make they own chases to live diffrent
and the gaverment used John Doe department
and u program to make plantiff a enemy of
Gay people that plantiff eye was a threat
to men and the male sign for them to go
after plantiff, they started a sun for son
chart or table where they would put the
plantiff files on they sons so they look, walk,
and talk like plantiff. Then they started
making video with the John Doe machine
with sounds and gay people having sex
then went to people of color and as people
of color went to them where they was
showing how they stole plantiff life and
wasn't giving it Back. to make they kids
look smart, sound smart, and have
power they move with a hand from a
Computer or John Doe machine where they
put feeds on your Body that can lead
to Cancer and breaking down of the human
Body and System. This was all done with
the technology the plantiff own as patten
to heel one Body and they use that patten
to turn it into a weapon. The torture
plantiff going through screams male power hade.

Charge
VIII

Thee Charge was created as a tool on face to Look like 2 way communication. It has many forms. 2 way speaker, 2 way walkie talkie, scans with radio activity (scanners). This charge can Be taken from a t.v., cell phone, charger. that's why patent is important. The way its designed is what make it safe. How do all These things we buy everyday Kill you "n a matter of seconds, VR or Virtual reality which has access to your senses via interactive Computer programming a 2 way communication Thats controled by desginer and can be interfered with. This interference can hurt one in many ways if patent is abused because it was stolen from plantiff to hide his eye on the board with a t piece That cross up his eye and effect vsion feeling and movement even coth a eye. These scanners can act as controllers and Turn people even more-so John Does into weapons with the controller in the hands of its maker. Because plantiff refuse to a person who abuse his eye or board and others in the eye seek freedom and

Peace this court complaint has been my pen mighter then the sword. To bend the knee to the mercy of the court with Liberty and justic in sight for all. The abuse of this and passing of patents and technology with a eye for a board needs to be more tended to or that abuse will lead us to a path of no return. As one with faith in eye This time feels the need for argument and replace of law and statue so no one is mistreated by the system to no end. The law is no joke. My life is no joke. I ask the courts to understand my pain and wish to freedom of my person, wilts, patents, a property. why do we suffer with help at our hands in form of a government with control over these things and a eye on the back of a dollar bill. and the one who helped creat that bill and machine that gives us a 100% at building a stronger republic .... make america Great again. or let law be my guiding light. The plantiff feels abused

and misused. This charge can corner us without even trying. It release radioactive waves because the cross has no cap. Someone can pulse can be hit and destroy the whole area if in to cap.

We have to learn how to read those map that look for radio active Be for that be our Death instead of a Boom.

The security department that's built to protect us built themself in a corner Because the feel that people dont trust them or people trying to do there job. for the people by the people 2 heads is bigger then one. This head to every part of the government sworn to protect us building charges in every office thats our Last line of defense. This thought process is about money, patents, wills, and property. Every where on the un floor and aboard has been building these same charges to take plantiff pattent, wills, current cap, and property as land and person. this information is in our hands I ask the courts to send a court review in form of FOIA

the plantiff knows it's hard to enter into these zones and keep your self, But the same things they usen can be a aue into these areas so you don't get heart. IF you have a eye or pen by law I ask for your review.. If you know why this is important I ask for you to remove your own caps off the pen in honor of the eye. Let the eye be our light by law this is goverment machines and remember what we did when they took the pens and mixed with john Doe with it's own Board. The eye should lock and over see all. Alot of people being murdered and misused by this mishap and in god we trust the plantiff seeks his person and freedom which plantiff is now over due.

This Court This could be male cross female taught or female crossed male taught, This could be in-race hate, ie Black on black, this could be All male hate, All Female hate if one don't have eye. The fact that the eye bare all and show you who who when they the under video in the John Doe or no I.D. in the dark to keep control over they kids for Fear They will be plantiff and not them and that's violation and invading of one private space and body. which lead to rape because you think plantiff fake. They held these watches which leads To defamation of character and violation of the plantiff having a response to The fake video being played to run a smear on plantiff name and person. They did this on government systems that record why they stole ideas from plantiff eye without his permission and violated his right. So This seem right for court to replace plantiff name and person and people who misused this government equitment to push False video and and bad information on plantiff person Who is the eye behind The machine They usen. They used this equitment to take energy off my Body to have kids and act like they the holy grail.

<u>Closen argument in case law</u>
First I would like to address FOIA
request 5 U.S.C.A § 552 (B) on the mentioned
as right to protect my suit and claim and
help the court determine a out come on
the complaint at hand. I would like to
F.O.I.A: Record from the U programs as it
pertain to plantiff and on it whole to gain
information about information about planting
Henry Jamar cox. I will also like to
F.O.I.A: Record from the john Doe department
under executiver order # 12958 exempt from
disclosure by national security Act But as it
pertain to this patent and one right to
not be ilegally followed or watched
By constitutional law where the constitutianal
rights of one are not sacrificed in interest of
constitutional rights of another U.S.C.A Const.
Amend l in response to the U program and
John Doe department .ie FBI and CIA
in the response to the use of government
equitment used for officers and informante
to go on mission and change events in they
life can not be ased on private citizens
in the united state of america as a form
of counter-intel to tear down someone
character or put out false video to support
it Because he is a advocate for change

and has full patent for the machine to began with and forced into imprisonment to follow law just to get his patent and his life back shouldn't be forced into false imprisonment and have the machine to began with and equitment to stop all the things in they fake video which was a lot of things and never made one more Because of this pattent and rights to wills and property and person, The plantiff shouldn't have been subjected to counter-intel to get this back when all who are on hold of it did nothing! inspections of the machines, I would like the video in those machines about plantiff given was like the plantiff as right to his person acting as a privit citizen get I really like to F.O.I.A John Doe machine and files Takin its rights of pattent and eye machine The gaverment call smart accessing system and pens and boxs that are in the gaverment for review and to see about the Claumes laid in this suit and harm there after To plantiff and gaverment.

Plantiff would like to F.O.I.A phone calls from henry jamar Cox stay at Doccs all the records at Doccs and all departments information about Henry Jamar Cox in all department and as defendants in suit, video or other wise.

If you were aware and act as a judge and knew of Cox which the court action would prove why you never said nothing or act like nothing happened when you had to know he was getting set up.
If not convict with pen and use of as a defense in Court if someone ask as right it's protected by law!
It's inside your law and departments so what would be the use for all the other actions, and torture.

FOIA request: Securus technologies and information about ownership and relationship To FBI and contract to goverment as rights to safty and patent, and information of events laid forth in plantiff civil complaint and suit.

FOIA request: Department of justice, Central intelligence Agency, Department of Defense, Components Department of army, Department of navy, Department of Air force, Department of state, Defense intelligence Agency, Department of homeland security, Department of Justice components civil Rights division, Criminal Division, office of intelligence policey and Review, Federal Bureau of investigation and There information on guantanamo bay as it pertains to the black hood found on a prisoner head Being shocked and pictures of the torture as a whole as the same

a program
Rappers known as
NAS
JAY-Z or shaun carter
The counter intel department
The john doe department
CIA
FBI Departments
{ US attorney General office
  Washington
  New york state
Docs Departments
Clinton correctional facilities
Sing Sing correctional facilities
eastern correctional facilities
Auburn correctional facilities
Coxsackie correctional facilities
Superintendents in all department
  OSI records and phone calls

F.O.I.A request of Questions and video
of The court room action involving henry
Javaar Cox the plantiff. The hands gestures
and feet gestures that played out Between
him the DA the Lawyer and foremen.
what was the signs for?
why did you see a vertic and
send them Back to get a conviction?
What was the fake check of a pen
about and I had a eye my whole core?
why interactive computer programming in courts

events took place with a plaintiff or any information about plaintiff in your files Henry Jamar Cox, and any records pertaining to The use of John Doe machines as eye or records of recording of life. anything with plaintiff information or otherwise and as right to patent. The symbols of a knife through the sun? the sun on the floor? What is the signs and record of all and pass to account for wearabouts at the time of assassination attempt and set up prior to 2021 to 2025, and then 10/3/88 to sunday, Dec. 7 2025 as Members from navy, army, Air force all showed they face during the torture and assassination attempt and was a part of this experiment as well with Henry Jamar cox files and patent as rights to the eye.

This shows other parts of this goverment knew about this equitment and did nothing to act on the disregard of homeland safety or my safty or safty of people around world when we disregarded the people to try to steal property and rights to self patent and wills, playing with records users wifi and servers and interactive computer program to make it seem as if I wrote before when I am a eye wanted to know just to do it "no such thing

exsist... I am in prison for or anything other if
I ever work for investigator or as an
c.l. or got anybody locked up and that sealed
my files as far as John Doe go and the
move yall made with OSI 13 on our
as you tried to make it look like I said
something to them like coxsackie cell
which was on live but that was recorded
as well with a phone call addressing ost
about they non-action of activity in upstate
and recorded by another party and plaintiff
was moved and put on court gallery for no
reason outside the fact that plantiff ran down
on that department, and it was recorded. after
that some mission was desplayed out think ost
to find out what if I addressed the front of
the office? They was trying to make the
plantiff a rat and it never worked. They used
the same machines they used for voter fraud
when they call with someone R
him and use the suit like they help me cover
something when they was there when I almost
got assassinated and torture unknown to mankind
and never made one move. This wasn't a "matter
of Security" This was a ploy to steal Cox's life
music and ideas and try to disply them with
Nike, Under armor, FILA, and any company they
could find that would bite the bate outside
The U program or John Does in a program.

I address every matter as if it stands to any mistakes or anyone being crossed and Henry Jamar Cox never having anything to do with it. As I always try to do so no one get lost why I was listening and hearing people trying to find out what's going on. State human rights Law & 8-207.1. Victims of Domestic violence Sex offense and Stalking title 8 Civil Rights Chapter 1. Commission on human rights "Acts of threats of violence", shared as a child in common by act of stalking and government programming. to a private citizen. According to section 702 of the FISA Amendment Act is the basis for this program, policy-makers had question about the use or misuse of stalking or receiving information about civil liberties and protecting constitutional rights with the civil liberties oversight board on Top investigating of the two NSA (The National Security Agency) FISC pursuant to section 215 of the USA patriot Act ("Patriot Act) Tied to a shady oath To office in the FBI that allows one to live with a eye, which is why the Court Liberties oversight board to provide a unclassified report so that the public and congress can address it. To show plantiff have rights to phone records and surveillance, by law the first and fourth Amendments to the constitution privacy & civil liberty

The government collection of personal information on such a massive scale also courts the ever-present danger of "mission creep"! an even more compelling danger is that personal information collected by the government will be misused to harass, blackmail, or intimidate, single out for scrutiny, and one with a problem with the government as it stands should have oversight on the collection of these files and after 37 years freedom and protected under the color of law that protects The constitution. Thank you to the united states district court my name and life has been disrespected way too long. Can I recieve the oversight needed to recieve my life back as right to person, can I recieve my wills Back patents and property and rights To all owed. Can I enjoy life and it's freedoms and liberities. I tried my hardest to connect this civil complaint After FOIA if anything comes up that Brings more clearity to plantiff claim as that this be taken into account when The decision as far as creditability go To claims and argument of facts set forth

 

Lithium ion Battery
Battery model: 6494A0
Nominal voltage: 3.7 V
Nominal capacity: 800 mAh/29.6wh
Red wire ⊕   Black wire ⊖

Caution:
Do not intentinially over heat the
Battery
Do not puncture, disassemble or
manipulate the battery.
Do not allow metal to touch
the battery.
only use approved battery
charges that was included in
your tablet package
Store in dry environment (0 to 40°C)
Do not submerge in water
Risk of fire and burns
Do not open, crush, heat Above
(+55°C) or incinerate

Exhibit A-1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ☑

|  |  |
|---|---|
| Henry Cox | ) ) ) ) ) ) |
| Plaintiff(s) | ) ) |
| v. | ) Civil Action No. ) |
| Tag defendants | ) ) ) ) |
| Defendant(s) | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Brittany M. Haner, AAG
Office of new york state
Attorney General
Capital
Albany, new york 12224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* A.G Brittany M. Haner AAG
was received by me on *(date)* Office of New York State Attorney General Capitol Albany, New York 12224

☑ I personally served the summons on the individual at *(place)* Auburn Correctional Facility
P.O. Box 618, Auburn, New York 13024
on *(date)* Dec. 8 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,
on *(date)*                , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
, who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*                ; or

☐ I returned the summons unexecuted because
; or

☐ Other *(specify):*

My fees are $                for travel and $                for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date: Henry Cox 12-8-2025

Server's signature  *Henry Cox*

Printed name and title  Henry Cox
Plaintiff
By way of mail & courts

Server's address
Auburn Correctional fac.
P.O. Box 618
Auburn, N.Y. 13024

Additional information regarding attempted service, etc:

provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff *Hnny cs*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *in case*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Self counsel still under interactive computer program*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country *By law, treaties* | ☒ 3 | ☒ 3 | Foreign Nation | ☒ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☒ 120 Marine | ☒ 310 Airplane / ☒ 365 Personal Injury - Product Liability | ☒ 690 Other | ☒ 423 Withdrawal 28 USC 157 | ☒ 376 Qui Tam (31 USC 3729(a)) |
| ☒ 130 Miller Act | ☒ 315 Airplane Product Liability / ☒ 367 Health Care/ Pharmaceutical | | | ☒ 400 State Reapportionment |
| ☒ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander / Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☒ 410 Antitrust |
| ☒ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 330 Federal Employers' Liability / ☒ 368 Asbestos Personal Injury Product Liability | | ☒ 820 Copyrights | ☒ 430 Banks and Banking |
| ☒ 151 Medicare Act | ☒ 340 Marine | | ☒ 830 Patent | ☒ 450 Commerce |
| ☒ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☒ 345 Marine Product Liability / **PERSONAL PROPERTY** | | ☒ 835 Patent - Abbreviated New Drug Application | ☒ 460 Deportation |
| ☒ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☒ 370 Other Fraud | | ☒ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 160 Stockholders' Suits | ☒ 355 Motor Vehicle Product Liability / ☒ 371 Truth in Lending | **LABOR** | ☒ 880 Defend Trade Secrets Act of 2016 | ☒ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☒ 190 Other Contract | ☒ 360 Other Personal Injury / ☒ 380 Other Personal Property Damage | ☒ 710 Fair Labor Standards Act | | ☒ 485 Telephone Consumer Protection Act |
| ☒ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice / ☒ 385 Property Damage Product Liability | ☒ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☒ 490 Cable/Sat TV |
| ☒ 196 Franchise | | ☒ 740 Railway Labor Act | ☒ 861 HIA (1395ff) | ☒ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☒ 751 Family and Medical Leave Act | ☒ 862 Black Lung (923) | ☒ 890 Other Statutory Actions |
| ☒ 210 Land Condemnation | ☒ 440 Other Civil Rights / Habeas Corpus: | ☒ 790 Other Labor Litigation | ☒ 863 DIWC/DIWW (405(g)) | ☒ 891 Agricultural Acts |
| ☒ 220 Foreclosure | ☒ 441 Voting / ☒ 463 Alien Detainee | ☒ 791 Employee Retirement Income Security Act | ☒ 864 SSID Title XVI | ☒ 893 Environmental Matters |
| ☒ 230 Rent Lease & Ejectment | ☒ 442 Employment / ☒ 510 Motions to Vacate Sentence | | ☒ 865 RSI (405(g)) | ☒ 895 Freedom of Information Act |
| ☒ 240 Torts to Land | ☒ 443 Housing/ Accommodations / ☒ 530 General | | **FEDERAL TAX SUITS** | ☒ 896 Arbitration |
| ☒ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment / ☒ 535 Death Penalty | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☒ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other / **Other:** | **IMMIGRATION** | ☒ 871 IRS—Third Party 26 USC 7609 | ☒ 950 Constitutionality of State Statutes |
| | ☒ 448 Education / ☒ 540 Mandamus & Other | ☒ 462 Naturalization Application | | |
| | ☒ 550 Civil Rights | ☒ 465 Other Immigration Actions | | |
| | ☒ 555 Prison Condition | | | |
| | ☒ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* *every statute under U.S. civil law*

Brief description of cause: *person, property, will, patent*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Auburn Correctional Facility
P. Box 618
Auburn, New York 13024
Henry Cox   08B1418

RECEIVED
JAN - 2 2026
PRO SE OFFICE

RECEIVED
JAN 2 - 2026
CLERK'S OFFICE
S.D.N.Y.

USMMD
SDNY.

US POSTAGE PITNEY BOWES
ZIP 13021   $ 004.44⁰
02 1W
0001387039DEC 12 2025

74

Pro se

United State District Court
for the Southern District of new
york
40 Foley Square
New york, N.Y. 10007